ANNA HELLBERG, Respondent, v. CHARLES GRAF, Appellant.— Judgment

reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the finding of defendant's negligence is against the weight of the evidence. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.